Sub-
mitted June 8, 1970. *Gilbert Toll* and *John W. Packel*,
Assistant Defenders, and *Vincent J. Ziccardi*, Acting
Defender, for appellant; *James D. Crawford*, Deputy
District Attorney, and *Arlen Specter*, District Attor-
ney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Jackson, Appellant.

Argued June 8, 1970. *Jeffry A. Mintz*, Assistant De-
fender, with him *John W. Packel*, Assistant Defender,
and *Vincent J. Ziccardi*, Acting Defender, for appel-
lant; *James D. Crawford*, Deputy District Attorney,
with him *Arlen Specter*, District Attorney, for Com-
monwealth, appellee.

OPINION PER CURIAM: The district attorney being
in agreement, the judgment of sentence is reversed and
a new trial granted.

## Commonwealth *v.* Jackson, Appellant.

Argued
March 18, 1970. *Francis S. Wright*, Assistant Defender,
with him *Melvin Dildine*, Assistant Defender, and *Vin-
cent J. Ziccardi*, Acting Defender, for appellant; *James*

756

*D. Crawford,* Assistant District Attorney, with him *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The district attorney being in agreement, the judgment of sentence is reversed, and the defendant is discharged.

## Commonwealth *v.* Johnson, Appellant.

Submitted June 12, 1970. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The district attorney being in agreement, the judgment of sentence is reversed, and the defendant discharged.

## Commonwealth *v.* Jones, Appellant.

Argued June 9, 1970. *John W. Packel,* Assistant Defender, with him *Thomas McLenahan,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, with him *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Jones, Appellant.